■ AMINA MOHAMED, Appellant, v CELLINO & BARNES, P.C., Respondent. (Appeal No. 1.) [751 NYS2d 812] —Appeal from an order of Supreme Court, Erie County (Fahey, J.), entered June 22, 2001, which denied plaintiff's motion to set aside a jury verdict of no cause of action.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435; *see also* CPLR

5501 [a] [1]). Present—Pigott, Jr., P.J., Green, Pine, Kehoe and Lawton, JJ.